UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80147-ALTMAN

UNITED STATES OF AMERICA,

v.

WALFRE ELISEO CAMPOSECO-MONTEJO,

    Defendant.

_____/

## ORDER ON RESTITUTION

THIS CAUSE is before the Court on the Stipulation Regarding Restitution signed by Assistant United States Attorney Gregory Schiller, the defendant Walfre Eliseo Camposeco-Montejo, and his attorney Guillermo Flores, Jr. The Court has reviewed said stipulation and the reasons advanced therein and is fully advised as to the facts and circumstances of this case. It is therefore

ORDERED AND ADJUDGED that the stipulated restitution amount of $36,000, made payable as follows:

> $36,000 to victim "Minor Victim 1" made payable to Wake County Human Services (WCHS), in trust of "Minor Victim 1" at ATTN: Toni Bush PO Box 46833 Raleigh, NC 27620.

is hereby GRANTED and the Judgment will reflect the same.

DONE AND ORDERED at Ft. Lauderdale, Florida, this 10th day of January 2020.

                                                Roy K. Altman
                                                United States District Judge

cc:    Gregory Schiller, AUSA
        Guillermo Flores, Jr.
        U.S. Probation
        U.S. Marshals